UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2010 SEP 14 P 3: 17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**EDWARD LASHON HUGHES,**

    **Petitioner,**

v.

**UNITED STATES OF AMERICA,**

    **Respondent.**

Case Nos.: 3:09-cr-138-J-20MCR
3:10-cv-685-J-20MCR

---

## ORDER

Before this Court is Petitioner's Amended Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 5, filed August 30, 2010), which is construed as a motion to amend Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 1, filed August 5, 2010). Petitioner seeks to add an additional claim for relief and related facts to his § 2255 motion.

Upon consideration, it is **ORDERED**:

1. Petitioner's motion to amend (Doc. 5, filed August 30, 2010) is **GRANTED**.

2. Petitioner shall file an amended § 2255 motion, which incorporates all of his claims, within **twenty (20) days** from the issuance of this Order.

3. The United States shall file its response to Petitioner's amended § 2255 motion on or before October 29, 2010.

**DONE AND ENTERED** in Jacksonville, Florida, this ___ day of September, 2010.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Edward Lashon Hughes, *Pro se*
Angela Dougan Sherrer, AUSA

2